AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

**District of** Connecticut

Andrew Gadias

Plaintiff (s),

V.

Atlantic Refinance LLC, et al

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** 3:21-cv-00537-JAM

Notice is hereby given that, subject to approval by the court, Andrew Gadias (Party (s) Name) substitutes Anthony Alan Sheffy (Name of New Attorney), State Bar No. ct04366 as counsel of record in place of Alfred R. Morrocco, Jr. (Name of Attorney (s) Withdrawing Appearance).

Contact information for new counsel is as follows:

Firm Name: Sheffy, Mazzaccaro, DePaolo & DeNigris, LLP

Address: 166 North Main Street, Southington, CT 06489

Telephone: (860) 620-9640 Facsimile (860) 620-9348

E-Mail (Optional): tsheffy@smddlaw.com

I consent to the above substitution.

Date: 5/13/2021

(Signature of Party (s))

I consent to being substituted.

Date: 5/13/2021

(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 5/13/2021

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: ____________________

Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**